IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                          : Chapter 13
    Fowler, Camille
        Debtor                                         : 18-10239

## AMENDED ORDER DIRECTING EMPLOYER TO MAKE WAGE DEDUCTIONS FOR REMITTANCE TO TRUSTEE

**TO EMPLOYER:**
**Exelon Corp - Payroll**
**PO Box 4647**
**Chicago, IL 60680**

Re:   **Fowler, Camille**
SSN:  xxx-xx-2648

      The future earnings of the above named debtor Fowler, Camille, being subject to the continuing supervision and control of the court for the purpose of enforcing the terms of the debtor's chapter 13 plan,

      **It IS HEREBY ORDERED** that the employer of the debtor shall deduct from the earnings of the debtor, beginning with the next pay period following the receipt of this order the sum of: **$410.00 for 11 months (Started on February 1, 2018), then as of January 1, 2019, the payment shall increase to $500 monthly for a period of 49 months,** pro rata per pay period (if paid weekly divide by four, biweekly divide by 2 for the amount per pay period).

      The employer shall continue said deductions until further Order of this Court and shall remit all monies withheld from the debtor's earnings at least monthly, or more frequently if convenient, in the dollar amounts stated below to: the chapter 13 Trustee whose names and addresses that appear below.

      $410.00 for 11 months (Started on February 1, 2018), then as of January 1, 2019, the payment shall increase to $500 monthly for a period of 49 months to:

      William C. Miller, Interim Trustee, P.O. Box 680, Memphis, TN 38101-0680

BY THE COURT:____*Jean K. FitzSimon*_____
                       JUDGE
                      **Date: November 16, 2018**

Exelon Corp _ Payroll
PO Box 4647
Chicago, IL 60680

Fowler, Camille

6022 Locust Street
Philadelphia, PA 19139

William C. Miller, Interim Trustee
P.O. Box 4010
Reading, PA 19606

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123