United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-10239-jkf
Camille Fowler                                                            Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Stacey         Page 1 of 1         Date Rcvd: Dec 10, 2018
                        Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2018.
db            +Camille Fowler,    6022 Locust Street,    Philadelphia, PA 19139-3732

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                     TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 10, 2018 at the address(es) listed below:
     FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
     JOHN L. MCCLAIN    on behalf of Debtor Camille  Fowler aaamcclain@aol.com, edpabankcourt@aol.com
     KEVIN G. MCDONALD    on behalf of Creditor    Pingora Loan Servicing, LLC bkgroup@kmllawgroup.com
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
     WILLIAM MILLER*R    ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com
                                                    TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                      : Chapter 13
   Fowler, Camille
        Debtor                         : 18-10239

ORDER FOR ALLOWANCE OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES

AND NOW, this __10th__ day of __December__, 2018, upon consideration of the Application for allowance of Compensation and Reimbursement of Expenses filed by Debtor's counsel, IT IS HEREBY

**ORDERED** that the Application is granted and compensation of $5,000.00 and $10.00 in expenses are **ALLOWED,** and the unpaid balance of $5,000.00 and $10.00 shall [may] be paid through debtor's Chapter 13 Plan through the office of the Chapter 13 trustee as an administrative priority expense, to the extent provided for by the Debtor's confirmed plan.

_____
Bankruptcy Judge
Jean K. FitzSimon

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

William C. Miller, , Interim Trustee
P.O. Box 680
Reading, PA 19606

Fowler, Camille
6022 Locust Street
Philadelphia, PA 19139