**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                                      : Chapter 13
    Fowler, Camille

       Debtor(s)                                             : 18-10239

              :

**ORDER TERMINATING WAGE ORDER**

      **AND NOW,** this      day of                  2019, upon consideration of the Debtor's counsel's Application to Terminate Wage Order, it is hereby

      **ORDERED**, that the wage order previously entered in this case, directing Exelon Corp _ Payroll to make monthly payments on behalf the debtor to the chapter 13 trustee,  is hereby terminated.

      BY THE COURT    *[signature]*

_____
JUDGE

**Date: April 12, 2019**

Exelon Corp _ Payroll
PO Box 4647
Chicago, IL 60680


John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

Fowler, Camille
6022 Locust Street
Philadelphia, PA 19139

Scott Waterman Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606