United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                     Case No. 18-10239-jkf
Camille Fowler                                                                             Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey              Page 1 of 1              Date Rcvd: Apr 15, 2019
                              Form ID: pdf900           Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2019.
db             +Camille Fowler,    6022 Locust Street,    Philadelphia, PA 19139-3732
               +Exelon Corp - Payroll,    PO BOX 4647,    Chicago, IL 60680-4647

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2019 at the address(es) listed below:
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              JOHN L. MCCLAIN    on behalf of Debtor Camille  Fowler aaamcclain@aol.com, edpabankcourt@aol.com
              KEVIN G. MCDONALD    on behalf of Creditor    Pingora Loan Servicing, LLC bkgroup@kmllawgroup.com
              SCOTT   WATERMAN    ECFmail@fredreiglech13.com, ECF_FRPA@Trustee13.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    Flagstar Bank, FSB paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                      : Chapter 13
    Fowler, Camille

    Debtor(s)                          : 18-10239

                                            :

**ORDER TERMINATING WAGE ORDER**

    **AND NOW,** this _____ day of _____ 2019, upon consideration of the Debtor's counsel's Application to Terminate Wage Order, it is hereby

    **ORDERED**, that the wage order previously entered in this case, directing Exelon Corp _ Payroll to make monthly payments on behalf the debtor to the chapter 13 trustee, is hereby terminated.

BY THE COURT  _/s/ Jean K. FitzSimon_
_____
JUDGE

**Date: April 12, 2019**

Exelon Corp _ Payroll
PO Box 4647
Chicago, IL 60680


John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

Fowler, Camille
6022 Locust Street
Philadelphia, PA 19139

Scott Waterman Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606