### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Camille Fowler | | CHAPTER 13 |
| Debtors | | |
| Pingora Loan Servicing, LLC | Movant | |
| vs. | | NO. 18-10239 JKF |
| Camille Fowler | Debtors | |
| Scott Waterman | Trustee | 11 U.S.C. Sections 362 |

### ORDER

AND NOW, this 8th day of May, 2019 xxPxhxixlxaxdxexlxpxhxixa, upon failure of Debtors and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 6022 Locust Street, Philadelphia, PA 19139 ("Property"), as to Movant, its successors or assignees.

_____
United States Bankruptcy Judge.
Jean K. FitzSimon

Camille Fowler
6022 Locust Street
Philadelphia, PA 19139

John L. McClain Esq.
P.O. Box 123 (VIA ECF)
Narberth, PA 19072

SCOTT WATERMAN
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532