UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :

   CAMILLE   FOWLER

                                      : Chapter 13

        Debtor(s)                : Bankruptcy No. 18-10239JKF

ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is **ORDERED** that the case is **DISMISSED**.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the date of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

BY THE COURT

Jean K. FitzSimon, B. J.

**Date: August 7, 2019**

Interested parties:

Polly A. Langdon, Esq.
Scott F. Waterman, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

JOHN L MC CLAIN ESQ
JOHN L MC CLAIN & ASSOCIATES
PO BOX 123
NARBERTH PA 19072-0123

CAMILLE   FOWLER
6022 LOCUST STREET
PHILADELPHIA, PA 19139