United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-10239-jkf
Camille Fowler                                                          Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2              User: Antoinett               Page 1 of 2                 Date Rcvd: Aug 07, 2019
                                  Form ID: pdf900               Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 09, 2019.
```
db            +Camille Fowler,    6022 Locust Street,    Philadelphia, PA 19139-3732
14039670      +Central Loan Admin & R (Cenlar),    Po Box 77404,    Ewing, NJ 08628-6404
14039673      +FedLoan Servicing,    Attention: Bankruptcy,    PO Box 69184,    Harrisburg, PA 17106-9184
14265466       Flagstar Bank, FSB,    P.O. Box 660263,    Dallas, TX 75266-0263
14039677      +John L. McClain and Associates,    PO Box 123,    Narberth, PA 19072-0123
14039678      +KML Law Group, PC,    701 Market Street,    Philadelphia, PA 19106-1538
14209210      +Pingora Loan Servicing, LLC,    c/o Cenlar FSB,    425 Phillips Blvd,    Ewing, NJ 08618-1430
14039681      +Target,    C/O Financial & Retail Srvs,    Mailstopn BT POB 9475,    Minneapolis, MN 55440-9475
14060061       U.S. Department of Education,    C/O FedLoan Servicing,    P.O. Box 69184,
                Harrisburg, PA 17106-9184
14039684      +Wells Fargo Bank,    PO Box 10438,    MACF8235-02F,    Des Moines, IA 50306-0438
14071978       Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se,    PO Box 19657,    Irvine, CA 92623-9657
14052868       Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
                Des Moines, IA 50306-0438
14039685      +Wells Fargo Dealer Services,    Attn: Bankruptcy,    PO Box 19657,    Irvine, CA 92623-9657
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov Aug 08 2019 02:59:01     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 08 2019 02:58:54     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14039683       E-mail/Text: megan.harper@phila.gov Aug 08 2019 02:59:01     WATER REVENUE BUREAU,
                City of Philadelphia Law Dept,    1515 Arch Street, 15th flr,    Philadelphia, PA 19102
14124357      +E-mail/Text: megan.harper@phila.gov Aug 08 2019 02:59:01
                CITY OF PHILADELPHIA, LAW DEPARTMENT  TAX UNIT,    BANKRUPTCY GROUP, MSB,
                1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA 19102-1640
14039668      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 08 2019 03:02:24     Capital One,
                Attn: General Correspondence/Bankruptcy,    PO Box 30285,    Salt Lake City, UT 84130-0285
14070143      +E-mail/Text: bankruptcy@cavps.com Aug 08 2019 02:58:51     Cavalry Investments, LLC,
                500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14039669      +E-mail/Text: kzoepfel@credit-control.com Aug 08 2019 02:58:48     Central Loan Admin & R,
                Po Box 77404,    Ewing, NJ 08628-6404
14039671      +E-mail/Text: bankruptcy_notifications@ccsusa.com Aug 08 2019 02:59:12
                Credit Collections Services,    Attention: Bankruptcy,    725 Canton Street,
                Norwood, MA 02062-2679
14039672      +E-mail/PDF: creditonebknotifications@resurgent.com Aug 08 2019 03:02:25     Credit One Bank Na,
                PO Box 98873,    Las Vegas, NV 89193-8873
14039674      +E-mail/Text: bnc-bluestem@quantum3group.com Aug 08 2019 02:59:09     Fingerhut,
                Bankruptcy Dept,    6250 Ridgewood Rd,    Saint Cloud, MN 56303-0820
14067551      +E-mail/Text: bankruptcy@sccompanies.com Aug 08 2019 02:59:15     Ginny's,
                c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
14039675      +E-mail/Text: bankruptcy@sccompanies.com Aug 08 2019 02:59:15     Ginnys/Swiss Colony Inc,
                1112 7th Ave,    Monroe, WI 53566-1364
14039676      +E-mail/Text: bkynotice@harvardcollect.com Aug 08 2019 02:59:15     Harvard Collection,
                Attn: Bankruptcy,    4839 N Elston Ave,    Chicago, IL 60630-2589
14076935       E-mail/PDF: resurgentbknotifications@resurgent.com Aug 08 2019 03:02:15
                LVNV Funding, LLC its successors and assigns as,    assignee of MHC Receivables, LLC and,
                FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14076936       E-mail/PDF: resurgentbknotifications@resurgent.com Aug 08 2019 03:02:15
                LVNV Funding, LLC its successors and assigns as,    assignee of Homecomings Financial,
                Network, Inc.,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14077373       E-mail/PDF: resurgentbknotifications@resurgent.com Aug 08 2019 03:02:15
                LVNV Funding, LLC its successors and assigns as,    assignee of CVF Consumer Acquisition,
                Company,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14071930      +E-mail/Text: bankruptcydpt@mcmcg.com Aug 08 2019 02:58:46     Midland Funding LLC,
                PO Box 2011,    Warren, MI 48090-2011
14055435       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 08 2019 02:58:39
                Pennsylvania Department of Revenue,    Bankruptcy Division, PO Box 280946,
                Harrisburg PA 17128-0946
14039679      +E-mail/Text: bankruptcy@sccompanies.com Aug 08 2019 02:59:15     Seventh Avenue,
                Seventh Avenue,    1112 7th Ave,    Monroe, WI 53566-1364
14067550      +E-mail/Text: bankruptcy@sccompanies.com Aug 08 2019 02:59:15     Seventh Avenue,
                c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
14039680      +E-mail/PDF: gecsedi@recoverycorp.com Aug 08 2019 03:02:13     Syncb/Lord & Taylor,
                Attn: Bankruptcy,    PO Box 965060,    Orlando, FL 32896-5060
14077768      +E-mail/Text: bncmail@w-legal.com Aug 08 2019 02:58:50     TD BANK USA, N.A.,
                C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
14039682      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 08 2019 02:58:24
                Verizon,    Verizon Wireless Bankruptcy Administrati,    500 Tecnolgy Dr Ste 500,
                Weldon Springs, MO 63304-2225
                                                                                              TOTAL: 23
```

```
District/off: 0313-2           User: Antoinett              Page 2 of 2                  Date Rcvd: Aug 07, 2019
                               Form ID: pdf900              Total Noticed: 36
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,   Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA   17128-0946
14039667*      +Camille Fowler,    6022 Locust Street,    Philadelphia, PA 19139-3732
                                                                                               TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 7, 2019 at the address(es) listed below:
```
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              JOHN L. MCCLAIN    on behalf of Debtor Camille  Fowler aaamcclain@aol.com, edpabankcourt@aol.com
              KEVIN G. MCDONALD    on behalf of Creditor    Pingora Loan Servicing, LLC bkgroup@kmllawgroup.com
              POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com,
               ecf_frpa@trustee13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Pingora Loan Servicing, LLC bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    Flagstar Bank, FSB paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 8
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                         :

CAMILLE   FOWLER

                                                     : Chapter 13

        Debtor(s)                              : Bankruptcy No. 18-10239JKF

ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is **ORDERED** that the case is **DISMISSED**.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the date of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

BY THE COURT

**Date: August 7, 2019**

Jean K. FitzSimon, B. J.

Interested parties:

Polly A. Langdon, Esq.
Scott F. Waterman, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

JOHN L MC CLAIN ESQ
JOHN L MC CLAIN & ASSOCIATES
PO BOX 123
NARBERTH PA 19072-0123

CAMILLE   FOWLER
6022 LOCUST STREET
PHILADELPHIA, PA 19139